<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 04-2475**

IN RE:  RUBEN DEWAYNE TAYLOR,

Petitioner.

On Petition for Writ of Mandamus.
(CA-03-3469)

Submitted:  January 27, 2005        Decided:  February 1, 2005

Before LUTTIG and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Petition denied by unpublished per curiam opinion.

Ruben Dewayne Taylor, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ruben Dewayne Taylor has filed a petition for writ of mandamus requesting that this court direct a change of venue and issue a restraining order and injunction. Mandamus relief is available only when the petitioner has a clear right to the relief sought. See In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Mandamus may not be used as a substitute for appeal. In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979). Further, mandamus relief is only available when there are no other means by which the relief sought could be granted. In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Taylor has not shown that the relief sought is not available by other means. In addition, he has failed to show a clear right to the relief sought. Accordingly, although we grant Taylor's motion to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

- 2 -